1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTUITIVE SURGICAL, INC., )<br>)<br>Defendant. )<br>) | Case No. 3:13-cv-05801-JST<br><br>**[PROPOSED] ORDER DISMISSING NAVIGATORS' CLAIMS AGAINST INTUITIVE SURGICAL, INC. WITH PREJUDICE**<br><br>Complaint Filed:  December 16, 2013<br><br>Hon. Jon S. Tigar |

**ORDER**

Pursuant to the Stipulated Request For Dismissal Of Navigators' Claims Against Intuitive Surgical, Inc. With Prejudice filed by Plaintiff Navigators Specialty Insurance Company ("Navigators") and Defendant Intuitive Surgical, Inc. ("Intuitive"), the Court hereby orders that Navigators' Complaint for Rescission of Insurance Policy and Declaratory Relief against Intuitive is dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 15, 2016



1

[PROPOSED] ORDER DISMISSING NAVIGATORS' CLAIMS                    CASE NOS. 3:13-CV-04863-JST
AGAINST INTUITIVE WITH PREJUDICE                                                3:13-CV-05801-JST